BEFORE THE UNITED STATES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: EXPERIAN/T-MOBILE DATA BREACH LITIGATION | MDL No. |

**PLAINTIFF DIPAK BHUTA'S
MOTION FOR TRANSFER OF ACTIONS TO THE
CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1407
FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Plaintiff Dipak Bhuta respectfully moves this Panel, pursuant to 28 U.S.C. § 1407 and Rule 7.2(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, to transfer all currently filed federal cases in this litigation, and any subsequent "tag along" cases involving similar claims, to the Judge Andrew J. Guilford and Magistrate Judge Douglas F. McCormick of the United States District Court for the Central District of California.

Dated: October 9, 2015         Respectfully submitted,

**AHDOOT & WOLFSON, PC**


By:   /s/ Tina Wolfson
     Tina Wolfson
     twolfson@ahdootwolfson.com
     Robert Ahdoot
     rahdoot@ahdootwolfson.com
     1016 Palm Avenue
     West Hollywood, California 90069
     Tel:  (310)474-9111
     Fax:  (310)474-8585

- 2 -

**LOCKS LAW FIRM, LLC**
Michael A. Galpern (*pro hac vice* application to be filed)
mgalpern@lockslaw.com
Andrew P. Bell (*pro hac vice* application to be filed)
abell@lockslaw.com
James A. Barry (*pro hac vice* application to be filed)
jbarry@lockslaw.com
801 N. Kings Highway
Cherry Hill, NJ 08034
Tel: (856) 663-8200
Fax: (856) 661-8400

*Attorneys for Plaintiff DIPAK BHUTA and all those similarly situated*