# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Related Action

Date Received:   10/23/15

JPML has been notified of the attached actions for inclusion in this MDL

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL