BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE:  EXPERIAN/T-MOBILE CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 2676 |

NOTICE OF RELATED ACTION

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel hereby notifies the Clerk of the Judicial Panel on Multidistrict Litigation of the potential related action listed on the attached Schedule of Actions.

The docket sheet and complaint in the potential related action are attached.

Dated:  October 30, 2015

By: /s/ Graham B. LippSmith
GRAHAM B. LIPPSMITH
**KASDAN LIPPSMITH**
**WEBER TURNER LLP**
500 S. Grand Ave., Suite 1310
Los Angeles, CA 90071
Tel.: (213) 254-4800
Fax: (213) 254-4801
glippsmith@klwtlaw.com
*Attorneys for Interested Party Gwendolyn Crump*